UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kathyann J.,

         Plaintiff,

v.

Andrew Saul
*Commissioner of Social Security,*

         Defendant.

Case No. 19-cv-2339 PJS/ECW

**ORDER**

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated July 31, 2020, all the files and records, and no objections having been filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that

    1.    Plaintiff Kathyann M.J.'s Motion for Summary Judgment (Dkt. 13) is **DENIED**;

    2.    Defendant Commissioner of Social Security Andrew Saul's Motion for Summary Judgment (Dkt. 16) is **GRANTED**; and

    3.    This case is **DISMISSED WITH PREJUDICE**.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 8/17/20

                                                     *s/Patrick J. Schiltz*
                                                     PATRICK J. SCHILTZ
                                                     United States District Judge